# In the United States Court of Federal Claims

No. 15-1070

(Filed: May 19, 2016)

```
*************************************
                                    *
 MWH GLOBAL, INC.,                  *
                                    *
                Plaintiff,          *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*************************************
```

## DISCOVERY ORDER

On May 17, 2016, the Court conducted a telephonic preliminary scheduling conference to discuss the discovery schedule in the above captioned case.  As discussed with counsel, the Court hereby adopts the following discovery schedule:

Initial disclosures by both parties due June 17, 2016.

Interim status conference December 9, 2016 at 10:00 AM during which a second status conference will be scheduled for May 2017.

Fact discovery to be completed by April 17, 2017.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge